512 A.2d 1184

**COMMONWEALTH of Pennsylvania**

v.

**Anselmo C. GONZALEZ, Petitioner.**

Supreme Court of Pennsylvania.

July 24, 1986.

Petition for Allowance of Appeal GRANTED, No. 88 E.D. Appeal Docket 1986.